

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2015

No. 04-15-00049-CV

**MORNINGSIDE MINISTRIES** d/b/a Morningside Ministries at the Manor and the
Morningside Ministries Foundation, Inc.,
Appellant

v.

Rosa Lee **RODRIGUEZ**, as next friend of Flora Mendez,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07530
Honorable Laura Salinas, Judge Presiding

## O R D E R

 The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on June 15, 2015.


_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court